■ WILLIAM BANNY et al., Respondents, v RANDALL B. GRIEPP, Appellant.—In a medical malpractice action, defendant appeals from an order of the Supreme Court, Kings County (Bellard, J.), dated January 23, 1985, which denied his motion for summary judgment dismissing the first cause of action.

Order affirmed, with costs.

The affidavit of plaintiffs' medical expert submitted in opposition to the motion sets forth sufficient facts regarding defendant's alleged departure from accepted standards of medical practice to overcome the motion for summary judgment (CPLR 3212 [b]; cf. Wind v Cacho, 111 AD2d 808). Gibbons, J. P., Thompson, Brown and Eiber, JJ., concur.

■ BIORESEARCH ITHACA, INC., Appellant, v IRONICS, INC., et al., Respondents.—In an action to recover damages, inter alia, for breach of fiduciary duty, breach of contract and misappropriation of trade secrets and other proprietary data, plaintiff appeals from an order of the Supreme Court, Suffolk County (Levitt, J.), dated September 4, 1985, which granted that branch of the defendants' motion, made pursuant to CPLR 510 (3) and 511, which was to change the venue of this action from Suffolk County to Tompkins County.

Order affirmed, with costs.

Under all the circumstances of this case, venue is more properly placed in Tompkins County. Lazer, J. P., Rubin, Kunzeman and Kooper, JJ., concur.